| | |
|---|---|
| 1 | JERRY Y. FONG, ESQ. (SBN 99673) |
| | CAREY & CAREY |
| 2 | 706 COWPER STREET |
| | P.O. BOX 1040 |
| 3 | PALO ALTO, CA  94302-1040 |
| | 650/328-5510 |
| 4 | 650/853-3632 fax |

*E-FILED - 6/23/09*

Attorneys for Defendant
ALONSO RODRIGUEZ-CASTELLANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-07-00106 RMW |
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |
| vs. | |
| ALONSO RODRIGUEZ-CASTELLANOS, | |
| Defendant, | |

ITS IS HEREBY STIPULATED, by and between GRANT P. FONDO, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant ALONSO RODRIGUEZ-CASTELLANOS, that the date for judgment and sentence which is currently set for June 22, 2009 be continued to July 27, 2009, at 9:00 am.

Counsel for Mr. RODRIGUES-CASTELLANOS requires more time to prepare the sentencing memorandum with regard to criminal history

IT IS SO STIPULATED.

DATED:  June 16, 2009          CAREY & CAREY


                                   _____/S/_____
                                   JERRY Y. FONG, Attorneys for
                                   Defendant ALONSO
                                   RODRIGUEZ-CASTELLANOS

1
STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE

1 | DATED: ___6/16___, 2009         UNITED STATES OF AMERICA

3                                              _____/S/_____
                                               GRANT P. FONDO
4                                              Assistant U.S. Attorney

8                                              ORDER

9      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of ALONSO RODRIGUES-CASTELLANO currently set for June 22, 2009 be continued to July 27, at 9:00 am.

14 | DATED: __6/23_____, 2009       *Ronald M. Whyte*
                                     HON. RONALD M. WHYTE
15                                   U.S. DISTRICT COURT JUDGE