| | |
|---|---|
| 1 | JERRY Y. FONG, ESQ. (SBN 99673) |
|   | CAREY & CAREY |
| 2 | 706 COWPER STREET |
|   | P.O. BOX 1040 |
| 3 | PALO ALTO, CA  94302-1040 |
|   | 650/328-5510 |
| 4 | 650/853-3632 fax |

Attorneys for Defendant          ***E-FILED - 8/6/09***
ALONSO RODRIGUEZ-CASTELLANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00106 RMW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |
| vs. | |
| ALONSO RODRIGUEZ-CASTELLANOS, | |
| Defendant, | |

ITS IS HEREBY STIPULATED, by and between GRANT P. FONDO, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant ALONSO RODRIGUEZ-CASTELLANOS, that the date for judgment and sentence which is currently set for July 27, 2009 be continued to August 17, at 9:00 am.

Counsel for Mr. RODRIGUES-CASTELLANOS is waiting for a state court ruling that will relate to the Defendant's criminal history

IT IS SO STIPULATED.

DATED: July 16, 2009          CAREY & CAREY

/s/
JERRY Y. FONG, Attorneys for Defendant ALONSO RODRIGUEZ-CASTELLANOS

1
STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE

1  DATED:  7/16 , 2009         UNITED STATES OF AMERICA

3                                /s/
   GRANT P. FONDO
4  Assistant U.S. Attorney

8                               ORDER

9     GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
10 and decreed, that the judgment and sentencing of ALONSO RODRIGUES-
11 CASTELLANO currently set for July 27, 2009 be continued to August 17, at
12 9:00 am.

14 DATED:  8/6 , 2009          *Ronald M. Whyte*
                                HON. RONALD M. WHYTE
15                              U.S. DISTRICT COURT JUDGE